UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Larriante' Sumbry, Special Appearance

v. No.

INDIANA GOVERNOR, "Common Law
INDIANA STATE PRISON, Writ"
J. DAVID DONAHUE,
BRUCE LEMMONS, Charity > Level
ROBERT BUGHER, Cornerstone

Uniform Treaty Law Writ of Coram
Nobis Relief

Natural Live Man, Sui Juris Sovereign, submits uniform treaty law writ of Coram Nobis relief, to-wit:

a. Natural Live Man, was kidnapped in the privacy of his residence on June 2, 1998 by

Gary Police without a Legal warrant. See Stamp Act Violation)

b. Natural Live Man, is serving time on a void judgement, for absence of subject matter jurisdiction due to no abstract of judgement, entry of judgement, existing in the court file. See American Jurisprudence 2d Judgement 100. Parties)

c. INDIANA DEPARTMENT OF CORRECTION is holding him hostage beyond his release date of 11/5/05 in private capacity, without legal authority, or corporate authority, in violation of ex post facto law. See American Jurisprudence 2d Section 256)

Without Prejudice
Lavante Summers
Natural Person

Served Clerk 4/26/06