# UNITED STATES DISTRICT COURT
# [redacted] DISTRICT OF [redacted]

RHODE ISLAND

Harriante' Sumbry, )
*[Type or print your name on the line above]* )

v.

INDIANA GOVERNOR et al., )
*[Type or print only the name of the first person you are suing.]* )

Cause No. ____________________
*[If you are appealing, put the case number here. If this is a new case, leave this blank, the clerk will supply the number.]*

## PRISONER PETITION TO PROCEED *IN FORMA PAUPERIS*

I, Harriante' Sumbry, offender number ____________, declare that I am unable to prepay the full filing fees and costs of this proceeding, or to give security because of my poverty. I believe that I am entitled to redress and I petition the court for leave to proceed *in forma pauperis* in my:

☐ 42 U.S.C. § 1983 Civil Rights Complaint ☑ 28 U.S.C. § 2254 Habeas Corpus Petition (Special matter)

☐ 42 U.S.C. § 1983 Civil Rights Appeal ☐ 28 U.S.C. § 2254 Habeas Corpus Appeal

1. Do you work? ☑ NO ☐ YES, I earn $ Ø per month.
2. Do you receive idle pay? ☑ NO ☐ YES, I receive $ Ø per month.
3. Have you ever filed a lawsuit in the United States District Court for the Southern District of Indiana? ☐ NO ☑ YES
4. Have you ever filed a lawsuit in a federal court outside of Indiana?
☐ NO ☐ YES, in the __________ District of __________ in the year ____.
*[Attach additional sheets if needed.]*

I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this ______ day of ____________________, 20___.

______________________________
Your Signature

**NOTE: You must have a prison official fill out the certificate on the back of this form and attach a copy of your prisoner trust account statement for the last six months.**

# OFFICIAL CERTIFICATE OF PRISONER ACCOUNT

I certify that ______________________________________________ has $ _________ in his/her prisoner trust account. I certify that during the last six (6) months (or _____ month(s) if the prisoner has been confined less than six months) that the prisoner's

average monthly BALANCE was $ ____________,

and that the prisoner's average monthly DEPOSITS were $ ____________.

I certify that **I have attached** a true and correct copy of the **prisoner trust account statement** for the last six months or for the duration of his/her confinement at this institution if less than six months.

Signed this _______ day of ________________________, 20____.

_________________________________________
Signature of Authorized Officer

_________________________________________
Printed Name and Job Title

_________________________________________
Name of Institution