UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

LARRIANTE SUMBRY

            v.                    CA No. 06-202-T

INDIANA GOVERNOR, et al.

### ORDER OF DISMISSAL

     Petitioner, who was convicted in and is incarcerated in Indiana has filed a "Uniform Treaty Law Writ of Coram Nobis Relief" in this Court. The petition is treated as a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and is hereby dismissed.

                                         By Order

                                         _/s/ Deputy Clerk_
                                         Deputy Clerk

ENTER:

_/s/ Ernest C. Torres_
Ernest C. Torres
Chief Judge

Date: May 25, 2006