UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Larriante' Sumbry, "Special ^travel^ Appearance" ·X·

v. No. C.A.06-202T

INDIANA GOVERNOR et al.,

Objections/Statement of Necessity

Natural Live Man, Sui Juris Sovereign submits objections/statement of necessity, to colorable RECOMMENDATION, as follows:

a. Corporations have jurisdiction over corporate entities, in their own realm, not Sovereign men, which equally applies to INDIANA STATE PRISON.

b. Uniform treaty law requires that once the union sign contract, states are binding

over

to perform an obligation in reference to (failure) (fair) commerce, unless a War begins, which proves that both CORPORATIONS, are subjecting him to tyranny man-made laws, in lieu the law of nature, based on One theocracy conviction creed of Allah ∴

c. DISTRICT COURT presume that natural person is proceeding, under (private) Contract- Penalty clause Debt Collection Code Title numbers and Section number, and he is rebutting the assumption that he never went into any contract with any entity nor gave consent, which infringes his El-Shaddai-given rights granted by the Declaration of Independence ∴

d. DISTRICT COURT committed an clerical error for using Montgomery v Davis case against the natural person, when his appeal pleadings were submitted before Montgomery opinion as admitted June 14, 2004 under No. 04-1063 and Attorney General STEPHEN CREASON discourse that One makes a brand new argument as to why he is entitled to relief from his confinement..

e. DISTRICT COURT has first-hand knowledge that one has been kidnapped for over seven years, due to a void judgement for absence of subject matter jurisdiction, because no abstract of judgement, entry of judgement,

over

exist in the Lake County Clerk's court file and he was illegally arrested by Gary Police on June 2, 1998 without a legal warrant.

E. DISTRICT COURT is aware that any void judgement, can be raised at anytime under fraudulent misrepresentation and the written defense in reference to obstruction of the Seventh Circuit is futile without merit and not related to his special matter of business disputes.

Without Prejudice
[signature] ©
Natural Person

Common Law Authorities

Secured Clerk
5/15/06
Chancellor
R.H.R.

a) Federal Rules Civil Procedure 9(a)
b) Louisiana Revised Statute 429
c) Uniform Commercial Codes 1-103, 1-207
d) Confiscation of Property 12 Stat. 319 (1861)
e) Municipal Corporate Entity 16 Stat. 419 (1871)
f) U.S. v. Jammes, 528 F.2d 999 (1976)
g) Martin v. Hunter's Lessee, 4 L.Ed 97 (1816)