Exhibit 50

**STATE OF INDIANA**

**JOSEPH E. KERNAN, Governor**

**Michael A. Hurst**

**PUBLIC ACCESS COUNSELOR**

402 West Washington Street Room W074
Indianapolis Indiana 46204-2745
Telephone: (317) 234-0906
FAX (317) 233-3091
1- 800-228-6013
www.IN.gov/pac

December 4, 2003

Mr. Larriante J. Sumbry
DOC No. 965137, C-433
Indiana State Prison
P.O. Box 41
Michigan City, Indiana 46361-0041

*Re: Formal Complaint 03-FC-119*
*Alleged Denial of Access to Public Records by the Lake Superior Court*
*Formal Complaint 03-FC-123*
*Alleged Denial of Access to Public Records by the Lake County Council*
*Formal Complaint 03-FC-125*
*Alleged Denial of Access to Public Records by Lake Superior Court Clerk*

Dear Mr. Sumbry:

This is in response to your formal complaints against the public agencies referenced above alleging violations of the Access to Public Records Act (APRA) (Ind. Code 5-14-3-1 *et seq.*), for failure to respond to your requests for access to public records within seven (7) days after receiving your requests. Each party against whom you have complained has responded in writing to your complaint. A copy of each response is enclosed for your reference. For the reasons set forth below, I find that there has been no violation of the APRA as alleged in your complaints. However, with regard to Formal Complaint 03-FC-123, I find that the Lake County Council violated the APRA by failing to provide you with the proper form to request access to public records.

BACKGROUND

*03-FC-119*

On October 27, 2003, you signed a letter addressed to Ms. Anna Anton, the Lake Superior Court Clerk (the "Clerk"), requesting access to records you assert are maintained by the Clerk. Specifically, your request seeks the following records and/or information:

- Entry of Judgements;
- Abstract of Judgements; and
- Adoption of Judge Pro-Tempore Samuel Cappas Recommendation.

Your records request is signed, simply, "Sumbry," and contains neither your full name, your offender number, your return address, nor any other contact information for the public agency to use in responding to the request.

On October 29, 2003, your records request was received by the Clerk as indicated by the timestamp on the request and as acknowledged by the Clerk's response to your complaint. The Clerk responded to your request by letter dated November 3, 2003, within seven (7) days of receipt. That response indicates that the records you requested do not exist.

On November 5, 2003, on the sixth day after the Clerk received your request, and two (2) days after the Clerk responded, you brought this complaint alleging that the Clerk violated the APRA by failing to respond to your request within seven (7) days. The Clerk responds to your complaint alleging that the complaint was premature, and that the Clerk complied with the requirements of the Access to Public Records Act.

*03-FC-123*

On November 6, 2003, you signed a letter addressed to Mr. Will Smith, Jr., of the Lake County Council (the "Council") requesting access to records you assert are maintained by the Council. Specifically, your request seeks the following records and/or information:

- Lake County Civil Judges Contracts/Malpractice Insurance;
- State of Indiana Tort Liability Act; and
- Name of Insurance Agency.

Your records request is signed, simply, "Sumbry," and contains neither your full name, your offender number, your return address, nor any other contact information for the public agency to use in responding to the request. On November 14, 2003, you brought your formal complaint.

The Council responded to your complaint through its attorney by letter dated November 24, 2003. The Council asserts that it has prepared a request for public records form, and states that in the event you submit your request on the form provided, the request will be acted on promptly. The Council did not provide you with that form in a timely response for your request for records.

*03-FC-125*

On November 11, 2003, you signed a letter addressed to the Clerk requesting access to records you assert are maintained by the Clerk. Specifically, your request seeks the Chronological Case Summaries on Cause Numbers 45D02-0303-CT-47; 45D02-0304-CT-55; and 45D02-0304-CT-57. Your records request is signed, simply, "Sumbry," and contains neither your full name, your offender number, your return address, nor any other contact information for the public agency to use in responding to the request.