UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Warreante' Sumbry, Special Appearance Black

v. No. 1:06-cv-202

INDIANA GOVERNOR et al, Common Law

Notice of Appeal

Freeman, submits notice of appeal of the colorable ORDER OF DISMISSAL entered May 25, 2006.. Without Prejudice Lawianate' Sumbry Natural Person

a. Fraud has been committed because, objections were mailed in 5-16-06 per his remittance slip.

Reservation of Rights

PM 1:11 A II: 04

Served Clerk 5/31/06

See Childs v. Duckworth, 705 F.2d 915, 22 (1983)