UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 22, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: *CA06-202T Larriante Sumbry v. Indiana Governor, et al.*

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ______________________
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Appeal Cover Sheet; Certificate of Clerk; Notice of Appeal; Complete Case File; Certified Docket.