Seal Carmel
Black Rose

Dear Boaz,

Draw near and bear witness to this truth; A little bird whispered in my right ear and said that if I bring my troubles to a MAN, I will get a MAN's overstanding, and my voice will be heard and my hands won't be tied or my feet bound or shackled and I will have a firm and stable foundation on which to stand.

Osiris

Holy Scriptures

Pslam 23
Roman 13:10
James 5:12
I John 2:3
Pslam 131:10-13

Acts 5:29
Qur'an 50
Qur'an 2:44
Dueteronomy 1:16-17
Matthew 5:3

Upright posture

Revelation 3:20

3°
2°
1°