UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**LARRIANTE SUMBRY**

v.                                                        C.A. No. 06 - 202 T

**GOVERNOR OF INDIANA**, et al.

## O R D E R

This matter is before the Court on the application of the pro se plaintiff to proceed on appeal *in forma pauperis* pursuant to 28 U.S.C. § 1915. Upon consideration of the motion, said application is **DENIED**. I find that this appeal is not taken in good faith. See 28 U.S.C. §1 915(a)(3).

IT IS SO ORDERED.

_____
Jacob Hagopian
Senior United States Magistrate Judge
September  11 , 2006