MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 06-1963
RIDC No. 06-cv-202-T

LARRIANTE SUMBRY,
Plaintiff, Appellant,

v.

GOVERNOR OF INDIANA, ET AL.,
Defendant, Appellee.

**JUDGMENT**

ENTERED: November 27, 2006
Pursuant to 1st Cir. R. 27(d)

On September 14, 2006, this court issued an order directing the appellant to either pay the filing fees of $455.00 to the Clerk fo the District Court of Rhode Island, or to file a motion and compliant financial affidavit for in forma pauperis status before this court. Appellant was notified that failure to take any action would result in this appeal being dismissed in accordance with Local Rule 3(b).

A review of the district court docket does not reflect the payment of the filing fees, nor did the appellant respond to this court in writing regarding the outstanding fee issue. This appeal, therefore, is dismissed for lack of prosecution in accordance with Local Rule 3(b).

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By: ______________________
Chief Deputy Clerk

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/19/06

[cc: Mr. Sumbry]